IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| This Document Relates To: | |
| 03-1929 | |

Plaintiff Marsha Dabulis moves for relief from judgment. Doc #29.

The clerk entered judgment against Dabulis pursuant to the court's order of August 18, 2006, Doc #467, as amended on August 21, 2006, Doc #469, granting summary judgment in favor of certain airline defendants in MDL 1606. Because not all theories of liability alleged in Dabulis's complaint were encompassed by the court's order, the court specifically directed the clerk not to enter judgment in 03-1929. See Doc #467 (04-1606) at 25; Doc #469 (04-1606) at 25. Judgment therefore should not have been entered.

//

//

//

1    **Dabulis's motion is accordingly GRANTED.  Pursuant to**
2  **FRCP 60, judgment is hereby VACATED.  The clerk is DIRECTED to**
3  **restore 03-1929 to the court's active docket.**

5        **SO ORDERED.**

7                              **VAUGHN R WALKER**
8                              **United States District Chief Judge**