```
 1  GERALD C. STERNS (Bar No. 029976)
    BRENDA D. POSADA (Bar No. 152480)
 2  STERNS & WALKER
 3  901 Clay Street
    Oakland, CA  94607
 4  Telephone:  510-267-0500
    Facsimile:   510-267-0506
 5
 6  Attorney for Plaintiff
    MARSHA DABULIS
 7
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MARSHA DABULIS,<br><br>               Plaintiff,<br><br>vs.<br><br>SINGAPORE AIRLINES, INC., a corporation,<br><br>               Defendant. | Case No.: C 03 1929 ~~WHA~~   VRW<br><br>**STIPULATION TO EXTEND SUMMARY JUDGMENT DEADLINES** |

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Vaughn R Walker, United States District Court, Northern District of California]*

The parties herein stipulate as follows:

The parties hereby stipulate and agree to extend the time ~~for plaintiff~~ to file its Opposition to Singapore's Motion for Summary Judgment to and until July 19, 2007 via ECF filing

The parties hereby stipulate and agree to extend Singapore Airlines, Inc.'s time to file its reply via ECF filing to and until July 26, 2007.

~~The parties also stipulate and agree to set August 9, 2007 at 2:00 p.m. as the hearing date on said motions if the court so permits.~~

So stipulated.

//
//
//

Dated: July 3, 2007                                  STERNS & WALKER

By: *[signature]*
Brenda D. Posada

Dated: July 5, 2007                                  CONDON & FORSYTH

By: *[signature]*
Scott D. Cunningham

### [~~PROPOSED~~] ORDER

The parties having so entered into a stipulation, the court hereby approves the request for extension to ECF file Plaintiff's Opposition. Said opposition shall be filed via ECF by July 19, 2007 and Defendant has until July 26, 2007 to file their reply via ECF, ~~and to hear said motions on August 9, 2007 at 2:00 p.m.~~ The hearing is scheduled for September 6, 2007 at 2:00 p.m. The September 4, 2007 pretrial conference and October 15, 2007 trial date shall be VACATED.

SO ORDERED.

Dated: July 6, 2007    _____
                       JUDGE VAUGHN R. WALKER

-2-
STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINES