Rod D. Margo (State Bar No.: 97706)
Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
SINGAPORE AIRLINES LIMITED

Gerald C. Sterns (State Bar No.: 029976)
Brenda D. Posada (State Bar No.: 152480)
STERNS & WALKER
901 Clay Street
Oakland, California 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506

Attorneys for Plaintiff
MARSHA DABULIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA DABULIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SINGAPORE AIRLINES, INC., a corporation,<br><br>　　　　Defendant. | Case No.: CV 03-1929 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE TRIAL AND PRE-TRIAL DISCOVERY DATES**<br><br>Pretrial Conf. Date: January 18, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom of the Hon. Vaughn R. Walker |

　　　　Defendant Singapore Airlines Limited and plaintiff Marsha Dabulis, through their respective attorneys of record, respectfully submit the following proposed trial and pre-trial discovery dates as follows:

　　　　The parties have stipulated to this proposed schedule for the completion of all discovery and to establish a schedule to govern the conduct of this case up to the date of trial. The parties propose that the Court establish the following

|   |   |
|---|---|
| schedule: | |
| Fact Discovery Cut-Off: | July 31, 2008 |
| Expert Disclosures: | August 14, 2008 |
| Rebuttal Expert Disclosures: | August 29, 2008 |
| Expert Discovery Cut-Off: | September 30, 2008 |
| Pretrial Conference: | October 16, 2008 @ 3:30 p.m. |
| Trial Date: | October 27, 2008 @ 8:30 a.m. |

**IT IS SO STIPULATED.**

Dated: December 12, 2007

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
SCOTT D. CUNNINGHAM
Attorneys for Defendant
SINGAPORE AIRLINES LIMITED

Dated: December 12, 2007

STERNS & WALKER

By: _____
BRENDA POSADA
Attorneys for Plaintiff
MARSHA DABULIS

**IT IS SO ORDERED.**

DATED: December 14, 2007

IT IS SO ORDERED
Judge Vaughn R Walker

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

---

STIPULATION AND [PROPOSED] ORDER RE TRIAL AND
PRE-TRIAL DISCOVERY DATES
CASE NO.: CV03-1929 VRW

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030