UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA DABULIS, | MDL Docket No. 04-1606 |
| Plaintiff, | CASE NO. C 03-1929   VRW |
| v. | **ORDER OF DISMISSAL** |
| SINGAPORE AIRLINES, INC., | |
| Defendant, | |

Having advised the court that the parties have agreed to a settlement of this case;

IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: August 29, 2008

VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE